

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:

LEONARDO ROTH

Case No.: 11-33577-BKC-RBR
Chapter 7

Debtor.

_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( X ) The Trustee has a balance of $ **10,252.80** remaining in the Trustee's account Which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. § 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The Trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( ) The Trustee has a balance of $_____ remaining in the Trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the Trustee hereby gives notice that the above states sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: April 25, 2013.

/s/ Les Osborne
Leslie S. Osborne, CHAPTER 7 TRUSTEE
1300 N. Federal Hwy #203
Boca Raton, FL 33432
Telephone: (561) 368-2200
Facsimile: (561) 338-0350
Leslie S. Osborne, Trustee
Fla. Bar No.: 0823139

| Claim No.: | Claimant Name: | Claimant Address: | Amount: |
|---|---|---|---|
| 1 | Elizabeth Grueso-Laverde | c/o Jeffrey R Sonn, Esq.<br>1931 Madera Dr<br>Weston, FL 33327 | $67.59 |
| 2 | Esteban Bueno | 13955 SW 144 ST<br>Miami, FL 33186 | $67.59 |
| 3 | Emilia Garcia | 13424 NW 13 ST<br>Pembroke Pines, FL 33028 | $67.60 |
| 5 | Maria Garces | 13955 SW 144 ST<br>Miami, FL 33186 | $67.60 |
| 6 | Roberto Ferracioli | c/o Carlos Pelligrini<br>1175 3rd D<br>Buenos Aires, Argentina | $2,657.68 |
| 8 | PNC Bank, Nat'l Assoc. | c/o Franck D. Chantayan<br>Carlton Fields, PA<br>525 Okeechobee Blvd<br>#1200<br>W Palm Bch, FL 33401 | $1,739.85 |
| 10 | Branch Banking & Trust | c/o Jones Walker LLP<br>201 S Biscayne Blvd. #2600<br>Miami, FL 33131 | $4,016.89 |
| 11 | Branch Banking & Trust | c/o Jones Walker LLP<br>201 S Biscayne Blvd. #2600<br>Miami, FL 33131 | $1,568.00 |